UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.:  22-CR-1674-JLS |
| Plaintiff, | |
| v. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| Bernave Vargas, Jr., | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Vargas's motion hearing/trial setting currently scheduled for September 21, 2022, be continued to October 7, 2022, at 10:30 a.m.

**IT IS FURTHER ORDERED** that, for the reasons explained in the parties' joint motion, time be excluded due to pending motions and in the interests of justice. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A).

**SO ORDERED.**

Dated:  September 9, 2022

Hon. Janis L. Sammartino
United States District Judge